UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 22-CR-20039-02 |
| SHAWN CALVIN, | ) |
| Defendant. | ) |

## ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On November 17, 2023, a Report and Recommendation (#58) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant's plea of guilty as to Counts 1 and 3 of the Indictment (#1) is accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation is to be prepared. A sentencing hearing remains set for March 25, 2024, at 2:00 pm before this court.

ENTERED this 4th day of December, 2023.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE